NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM H. HEINO, SR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7160

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-112, Judge William A. Moorman.

---

## ON MOTION

---

## O R D E R

William H. Heino, Sr. moves to schedule oral argument in April 2012.

The court notes that briefing is completed.

Accordingly,

IT IS ORDERED THAT:

The motion is granted and the case will be placed on the April 2012 calendar.

FOR THE COURT

JAN 1 2 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Nathan S. Mammen, Esq.
     Lauren A. Weeman, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 2 2012

JAN HORBALY
CLERK